IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

KEITH J. RIDDELL,                             3:11-CV-381-BR

       Plaintiff,

                                           JUDGMENT

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

       Defendant.


      Based on the Court's Order (#18) issued April 5, 2012, the Court **DISMISSES** this matter **with prejudice.**

      IT IS SO ORDERED.

      DATED this 5th day of April, 2012.

                                                    _____
                                                  ANNA J. BROWN
                                                  United States District Judge

1 - JUDGMENT