IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

KEITH J. RIDDELL,                      3:11-CV-381-BR

       Plaintiff,

                                                JUDGMENT

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

       Defendant.


    Based on the Court's Order (#18) issued April 5, 2012, the Court **DISMISSES** this matter **with prejudice**.

    IT IS SO ORDERED.

    DATED this 5th day of April, 2012.

                                              /s/ Anna J. Brown
                                            ANNA J. BROWN
                                            United States District Judge

1 - JUDGMENT